1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JERRY SILVERSTEIN, | Case No.: CV 15-4991 DMG (ASx) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41 [28]** |
| vs. | |
| NOVO NORDISK, INC.; NILSON GOES; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

1 | After consideration of the parties' Joint Stipulation for Dismissal Pursuant to
2 | Federal Rule of Civil Procedure 41, the Court hereby ORDERS as follows:
3 |     1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action
4 | is dismissed with prejudice, each side to bear their own costs and attorneys' fees.
5 | IT IS SO ORDERED.

Dated: January 12, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1